Peter C. Catalanotti (SBN 230743)
peter.catalanotti@wilsonelser.com
Audrey Tam (SBN 305437)
audrey.tam@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA  94111
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS PENNINGTON, KELLI PENNINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES, JOHN M. BROWN INSURANCE AGENCY, INC. D/B/A FARMER BROWN INSURANCE, and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: 4:24-cv-06813-DMR <br><br> ***ASSIGNED TO MAGISTRATE JUDGE DONNA M. RYU*** <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1(a))** <br><br> Action Filed: September 27, 2024 <br> Trial Date: None set |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs THOMAS PENNINGTON and KELLI PENNINGTON (collectively, "Plaintiffs"), on the one hand, and Defendant US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES ("Defendant") on the other hand, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the instant action on September 27, 2024;

WHEREAS, Defendant was served with the Summons and Complaint on December 10, 2024;

1

1  WHEREAS, Defendant's deadline to respond to the Complaint is December 31, 2024;

2  WHEREAS, Plaintiffs and Defendant met and conferred through counsel and agreed to
3  extend Defendant's time to respond to the Complaint to January 15, 2025;

4  WHEREAS, good cause exists for this extension as Defendant has only recently retained
5  counsel to represent it in the instant action, and its counsel needs additional time to obtain
6  Defendant's file and to review Plaintiffs' allegations;

7  WHEREAS, an extension for Defendant to respond to Plaintiffs' Complaint will not
8  alter the date of any event or deadline already fixed by Court order;

9  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto
10 through their respective attorneys that Defendant shall respond to Plaintiffs' Complaint by
11 January 15, 2025.

Respectfully submitted,

Dated: December 27, 2024

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:_____
Peter C. Catalanotti
Audrey Tam
Attorneys for Defendant
US ASSURE INSURANCE SERVICES OF
FLORIDA, INC. D/B/A INLINK
INSURANCE SERVICES

Dated: December 27, 2024

By:_____
Aleksandr A. Volkov
Attorney for Plaintiffs
THOMAS PENNINGTON AND KELLI
PENNINGTON

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Peter C. Catalanotti, hereby attest that each of the other signatories have concurred in the filing of this document and have consented to the application of their electronic signatures to this document, which shall serve in lieu of their holographic signatures on the document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 27, 2024, at San Francisco, California.

By: _____
Peter C. Catalanotti

# PROOF OF SERVICE

*Pennington v. Us Assure Insurance Services of Florida, Inc., et al*
US District Court Northern District of California No.: 4:24-cv-06813-DMR

At the time of service I was over 18 years of age and not a party to this action. I am employed by Wilson, Elser, Moskowitz, Edelman & Dicker LLP in the County of San Francisco, State of California. My business address is 655 Montgomery St., Ste. 900 San Francisco, CA 94111. My business Facsimile number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME FOR DEFENDANT US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1(a))**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐: By United States Mail. I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒: By E-Service in conjunction with E-Filing the document(s) listed above through the Court's CM/ECF system, which effects electronic service on counsel and parties who are registered with the CM/ECF system.

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on December 27, 2024, at Long Beach, California

_____
Audrey Tam

4
STIPULATION TO EXTEND TIME FOR DEFENDANT US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1(a))

306232127v.1

# SERVICE LIST

*Pennington v. Us Assure Insurance Services of Florida, Inc., et al*
US District Court Northern District of California No.: 4:24-cv-06813-DMR

| |
|---|
| Gene V. Halavanau<br>HALAVANAU LAW OFFICE, P.C.<br>1388 Sutter Street, Suite 1010<br>San Francisco, California 94109<br>Tel. (415) 692-5301<br>Fax (415) 692-8412<br>gene@halavanau.com<br><br>Aleksandr A. Volkov<br>VOLKOV LAW FIRM, INC.<br>675 Ygnacio Valley Road, Suite B209<br>Walnut Creek, CA 94596<br>Tel. (415) 987-7000<br>Fax (415) 276-6376<br>alex@volf.com<br><br>**Attorney for Plaintiffs THOMAS PENNINGTON and KELLI PENNINGTON** |

5

STIPULATION TO EXTEND TIME FOR DEFENDANT US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1(a))

306232127v.1