Peter C. Catalanotti (SBN 230743)
peter.catalanotti@wilsonelser.com
Audrey Tam (SBN 305437)
audrey.tam@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA  94111
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
US ASSURE INSURANCE SERVICES OF
FLORIDA, INC. D/B/A INLINK INSURANCE
SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS PENNINGTON, KELLI PENNINGTON,<br><br>                    Plaintiffs,<br><br>          v.<br><br>US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES, JOHN M. BROWN INSURANCE AGENCY, INC. D/B/A FARMER BROWN INSURANCE, and DOES 1 through 10, inclusive<br><br>                    Defendants. | Case No.:  4:24-cv-06813-DMR<br><br>***ASSIGNED TO MAGISTRATE JUDGE DONNA M. RYU***<br><br>**[PROPOSED] ORDER GRANTING US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**<br><br>**(FRCP 12(f))**<br><br>Date: February 27, 2025<br>Time: 1:00 p.m.<br>Courtroom: 4<br>Judge: Hon. Donna M. Ryu<br><br>Action Filed: September 27, 2024<br>Trial Date: None set |

[PROPOSED] ORDER GRANTING US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK
INSURANCE SERVICES' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT
306876743v.2

Defendant US Assure Insurance Services of Florida, Inc. d/b/a Inlink Insurance Services' ("Defendant") Motion to Strike portions of Plaintiffs Thomas Pennington and Kelli Pennington's (collectively, "Plaintiffs") Complaint, pursuant to FRCP Rule 12(f), came on for hearing on February 27, 2025, at 1:00 p.m., before the Honorable Donna M. Ryu.

Having considered the Motion, all filings in support and in opposition of the Motion, any oral argument by counsel, the pleadings filed in this case, and applicable law, the Court hereby orders as follows:

1. Defendant's Motion is granted in its entirety, without leave to amend;

2. Plaintiffs' requests to recover attorney's fees from Defendant are stricken from the Complaint at Paragraphs 25 and 45 and Prayers C and D;

3. Plaintiffs' requests to recover emotional distress and general damages from Defendant are stricken from the Complaint at Paragraph 25 and Prayer B; and

4. Plaintiffs' request for disgorgement of profits/commission from Defendant are stricken from the Complaint at Paragraphs 44 and 45.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        Hon. Donna M. Ryu
                                        United States Magistrate Judge

**PROOF OF SERVICE**

*Thomas Pennington, et al. vs. US Assure Insurance Services of Florida, Inc., et al.*
United States District Court Case No.: 4:24-cv-06813

    At the time of service I was over 18 years of age and not a party to this action. I am employed by Wilson Elser Moskowitz Edelman & Dicker LLP in the County of San Francisco, State of California. My business address is 655 Montgomery Street, Suite 900, San Francisco, California 94111. My business Facsimile number is (415) 434-1370. On this date I served the following document(s):

**[PROPOSED] ORDER GRANTING US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐:     By United States Mail. I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒:     By E-Service in conjunction with E-Filing the document(s) listed above through the Court's CM/ECF system, which effects electronic service on counsel and parties who are registered with the CM/ECF system.

**SEE ATTACHED SERVICE LIST**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

    EXECUTED on January 15, 2025, at Hayward, California.

_____
Audrey Tam

[PROPOSED] ORDER GRANTING US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT
306876743v.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SERVICE LIST

*Thomas Pennington, et al. vs. US Assure Insurance Services of Florida, Inc., et al.*
United States District Court Case No.:  4:24-cv-06813

| | |
|---|---|
| Gene V. Halavanau<br>HALAVANAU LAW OFFICE, P.C.<br>1388 Sutter Street, Suite 1010<br>San Francisco, CA 94109<br>T:  (415) 692-5301<br>F:  (415) 692-8412<br>E:  gene@halavanau.com<br><br>Aleksandr A. Volkov<br>VOLKOV LAW FIRM, P.C.<br>674 Ygnacio Valley Road, Suite B209<br>Walnut Creek, CA 94596<br>T:  (415) 987-7000<br>F:  (415) 276-6376<br>E:  alex@volf.com<br><br>***Attorneys for Plaintiffs Thomas Pennington and Kelli Pennington*** | |

4