Gene V. Halavanau (SBN 267280)
HALAVANAU LAW OFFICE, P.C.
1388 Sutter Street, Suite 1010
San Francisco, California 94109
Tel. (415) 692-5301
Fax (415) 692-8412
*gene@halavanau.com*

Aleksandr A. Volkov (SBN 277850)
VOLKOV LAW FIRM, INC.
675 Ygnacio Valley Road, Suite B209
Walnut Creek, CA 94596
Tel. (415) 987-7000
Fax (415) 276-6376
*alex@volf.com*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS PENNINGTON, KELLI PENNINGTON,<br><br>Plaintiffs,<br><br>vs.<br><br>US ASSURE INSURANCE SERVICES OF FLORIDA, INC. D/B/A INLINK INSURANCE SERVICES, JOHN M. BROWN INSURANCE AGENCY, INC. D/B/A FARMER BROWN INSURANCE, and DOEs 1 through 10, inclusive,<br><br>Defendants. | CASE No. 4:24-cv-06813-DMR<br><br>**STATUS REPORT REGARDING SERVICE OF JOHN M. BROWN INSURANCE AGENCY, INC. AND REQUEST FOR CLARIFICATION**<br><br>Date Action Filed: September 27, 2024 |

This report is submitted in response to the Court's order dated January 16, 2025, requiring a status update regarding service of Defendant John M. Brown Insurance Agency, Inc. Plaintiffs caused service to occur on December 5, 2024, upon John M. Brown, an authorized representative of Defendant

1

**STATUS REPORT REGARDING SERVICE OF JOHN M. BROWN INSURANCE AGENCY, INC. AND REQUEST FOR CLARIFICATION**

John M. Brown Insurance Agency, Inc.

On January 10, 2025, counsel for John M. Brown, Mr. John Sullivan of Long & Levit, informed Plaintiffs' counsel that he was contesting service. However, Mr. Sullivan stated that his client is willing to consider waiving service pursuant to Rule 4(d). To avoid unnecessary disputes, Plaintiffs' counsel sent the service waiver documents to Mr. Sullivan on January 13, 2025.

If Defendant John M. Brown agrees to waive service, which is anticipated, a response is due by March 13, 2025, in accordance with Rule 4(d).

**Request for Clarification**: In addition, the Court indicated that the motions to dismiss and to strike by US Assure Insurance Services of Florida cannot be heard at this time due to one of the parties not appearing [Doc #21]. However, Plaintiffs are unclear whether they need to file oppositions at this time and would appreciate the Court's guidance whether there will be a new hearing date set at a later time. Plaintiffs will proceed with filing oppositions based on the original deadlines unless directed otherwise.

Dated: January 13, 2025                    Respectfully submitted,

By: _____
       Gene Halavanau

HALAVANAU LAW OFFICE, P.C.
Attorneys for Plaintiff THOMAS AND KELLI PENNINGTON

**STATUS REPORT REGARDING SERVICE OF JOHN M. BROWN INSURANCE AGENCY, INC. AND REQUEST FOR CLARIFICATION**

# PROOF OF SERVICE

*Thomas Pennington, et al. vs. US Assure Insurance Services of Florida, Inc., et al.*
United States District Court Case No.: 4:24-cv-06813

I declare that I am over the age of 18 years and not a party to this action. My electronic email address is gene@halavanau.com and my business address is Halavanau Law Office, P.C., 1388 Sutter Street, Suite 1010, San Francisco, CA 94109. On this date, I served the within documents:

**STATUS REPORT REGARDING SERVICE OF JOHN M. BROWN INSURANCE AGENCY, INC. AND REQUEST FOR CLARIFICATION**

☒   By E-Service in conjunction with E-Filing the document(s) listed above through the Court's CM/ECF system, which effects electronic service on counsel and parties who are registered with the CM/ECF system.

Peter C. Catalanotti (SBN 230743)
peter.catalanotti@wilsonelser.com
Audrey Tam (SBN 305437)
audrey.tam@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true, and if called as a witness I could testify competently thereto. This declaration was executed on January 17, 2025 at San Francisco, CA  .



_____
Gene Halavanau

**STATUS REPORT REGARDING SERVICE OF JOHN M. BROWN INSURANCE AGENCY, INC. AND REQUEST FOR CLARIFICATION**